No. 02–5768. MARTIN v. MILES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5770. KING v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5771. COOK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5773. MEEKS v. BOWLEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5774. SAMPSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5776. RESENDEZ v. TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 02–5777. ROBINSON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–5778. MURILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5779. MELVIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5780. MARTINEZ-BORJON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5782. KEMP v. OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5783. JARRETT v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–5784. BENAVIDES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5785. ANTHONY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5789. POINTER v. ST. LOUIS UNIVERSITY SCHOOL OF LAW. C. A. 8th Cir. Certiorari denied.